**96–652.** Kelly v. Gwin. In Mandamus. On motion to dismiss of respondents Gwin, Edwards, Horowitz, Beard and Giavasis, and on answer of respondents Sheila Farmer, Irene Smart and William B. Hoffman. Answer treated as motion to dismiss. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–653.** State ex rel. Williams v. Ghee. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–660.** State ex rel. Williams–Bey v. Doan. In Prohibition. On motion to dismiss by Joseph T. Deters. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–668.** Chesney v. State. In Habeas Corpus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–700.** State ex rel. Morris v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–704.** Gettys v. Coyle. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–705.** Powell v. Fed. Correctional Inst., Inc. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**95–2141.** Garfield Hts. v. Pub. Util. Comm. Public Utilities Commission, Nos. 94–1176–EL–CMR, 94–1177–EL–CMR and 94–578–EL–CMR. *Sua sponte,* cause dismissed as moot.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.